HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLE D. HAYNES,<br><br>                    Plaintiff,<br><br>v.<br><br>ESTATE OF GARY LIN HAYNES,<br><br>                    Defendant. | AT LAW AND IN ADMIRALTY<br><br>No. 2:22-cv-00920-RSM<br><br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF ORDER TRANSFERING VENUE PER 28 U.S.C. § 1404(a) |

The Court, having considered the parties' Stipulated Motion for Entry of Order Transferring Venue per 28 U.S.C. § 1404(a), hereby ORDERS that the motion is GRANTED.  This action is hereby transferred from this Court to the United States District Court for the District of Alaska at Juneau.

DATED this 19th day of September, 2022.

*(signature)*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Granting Stipulated Change of Venue
*Haynes v. Estate of G. Haynes Case No. 2:22-00920*

Page 1 of 1

Trueb & Beard, LLC
330 L Street, Suite 101
Anchorage, AK 99501
Phone: 907-277-0161

TRUEB & BEARD LLC
330 L STREET, SUITE 101
ANCHORAGE, ALASKA 99501
PHONE (907) 277-0161
FAX (907) 277-0164